1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN SHULTZ,                          Case No.  1:22-cv-00507-AWI-HBK

12              Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                            TO PROCEED *IN FORMA PAUPERIS*,
13         v.                               OR PAY FILING FEE

14   DEPARTMENT OF JUSTICE, ET AL.,         THIRTY-DAY DEADLINE

15              Defendants.

16

17         Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. §

18   1983 on April 29, 2022.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the

19   $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

20         Accordingly, it is **ORDERED:**

21         Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

22   attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee.  If Plaintiff

23   fails to timely comply with this order, the undersigned will recommend the Court dismiss this

24   case for Plaintiff's failure to comply with a court order and/or prosecute this action.

25   Dated:    May 2, 2022

26                                          HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE
27

28