1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN SHULTZ,                          Case No.  1:22-cv-00507-JLT-HBK

12              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATION
13        v.
                                            (Doc. 7)
14   DEPARTMENT OF JUSTICE, et al.,

15              Defendants.

16

17

18         Plaintiff, Susan Schultz, is proceeding pro se and *in forma pauperis* in this civil rights

19   action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20         On August 23, 2023, the Magistrate Judge filed Findings and Recommendations,

21   recommending the district court dismiss this action for Plaintiff's failure to comply with a court

22   order and prosecute this action. (Doc. 7.) Specifically, the Plaintiff failed to keep the Court

23   appraised of her current address.  (*See generally id*.)  Plaintiff failed to file any objections, and the

24   time to do so has expired. *See* docket.

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

26   de novo review of this case. Having carefully reviewed the entire file, the Court finds the

27   Findings and Recommendations to be supported by the record and by proper analysis.

28   ///

ACCORDINGLY, it is ORDERED:

1.  The Findings and Recommendations, filed on August 23, 2023 (Doc. 7), are

    **ADOPTED IN FULL**

2.  The Clerk of Court shall terminate any pending motions, close this case, and enter

    judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES DISTRICT JUDGE